# UNITED STATES DISTRICT COURT

for the

## Middle District of Georgia

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Torrance Hill | Case Number: 4:05-CR-00026-001 |
| Name of Sentencing Judicial Officer: | Clay D. Land, United States District Judge |
| Date of Original Sentence: | February 21, 2007 |
| Original Offenses: | |

**Count One**: Conspiracy to Distribute More Than 5 Kilograms of Cocaine Powder; 21 U.S.C. § 846 i/c/w 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(ii)(II); Mandatory Minimum 10 Years to Life Imprisonment; $4,000,000 Fine; 5 Years Supervised Release

**Count Two**: Possession with Intent to Distribute More Than 50 Grams of Cocaine Base; 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(iii); Mandatory Minimum 10 Years to Life Imprisonment; $4,000,000 Fine; 5 Years Supervised Release

**Count Three**: Possession with Intent to Distribute More Than 100 Kilograms of Marijuana; 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vii); Mandatory Minimum 5 Years to Maximum 40 Years Imprisonment; $2,000,000 Fine; 4 Years Supervised Release

**Count Four**: Possession with Intent to Distribute More Than 5 Kilograms of Cocaine Powder; 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(ii)(II); Mandatory Minimum 10 Years to Life Imprisonment; $4,000,000 Fine; 5 Years Supervised Release

| | |
|---|---|
| Original Sentence: | 294 months custody followed by five (5) term of supervised release and a $2,000 fine. On July 10, 2012, the custody portion of the sentence was reduced to 234 months. |
| Type of Supervision: Term of Supervised Release | Date Supervision Commenced: April 23, 2021 |
| Assistant U.S. Attorney: Melvin E. Hyde, Jr. | Defense Attorney: Mark Shelnutt/Bruce Steven Harvey |

### PETITIONING THE COURT

☒ To issue a warrant.
☐ To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The person under supervision failed to notify the probation officer at least ten days prior to any change in residence, in violation of Standard Condition #6. On or about June 29, 2022, the person under supervision moved from his approved residence of 1644 Bass Road, Apartment #321, Macon, Georgia, and his whereabouts is currently unknown. |

PROB 12C
(7/93)

| | |
|---|---|
| 2 | The person under supervision failed to refrain from violation of the law, in violation of the mandatory condition of supervision. On or about June 10, 2022, a warrant was issued for the person under supervision by the U.S. District Court in the Middle District of Alabama on a sealed indictment in Case No. 3:22cr151 alleging the offense of Conspiracy to Distribute and Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 846. |

**U.S. PROBATION OFFICER RECOMMENDATION:**

On February 21, 2007, Hill was sentenced in the Middle District of Georgia for the offenses of Conspiracy to Distribute More Than 5 Kilograms of Cocaine Powder, Possession With Intent to Distribute More Than 50 Grams of Cocaine Base, Possession With Intent to Distribute More Than 100 Kilograms of Marijuana, and Possession With Intent to Distribute More Than 5 Kilograms of Cocaine Powder to 294 month in the custody of the Bureau of Prisons followed by five (5) years supervision with a $2,000 fine. On July 10, 2012, Hill's sentence was reduced to 234 months custody due to a change in circumstances.

On April 23, 2021, Hill's supervision commended in the Middle District of Georgia. During supervision, Hill maintain stable employment at One Stop Auto, in Macon, Georgia, and reported to have a stable residence. Hill was heavily supported by his employer/friend, Steven Amerson.

On June 10, 2022, an arrest warrant for Hill was issued, on a sealed indictment, by the U.S. District Court in the Middle District of Alabama (3:22cr151) alleging the offense of Conspiracy to Distribute and Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 846.

On June 27, 2022, the U.S. Probation Office in the Middle District of Georgia was notified of the above warrant by Drug Enforcement Agency (DEA) Special Agent (SA) Tyler Vanderberg. SA Vanderberg reported the DEA Field Office in Montgomery, Alabama has an active warrant for Hill's arrest. The agent was provided Hill's most recent address (1644 Bass Road, Apartment 321, Macon, Georgia) and employer information (One Stop Auto/Steven Amerson) for the purposes of executing the warrant.

On June 28, 2022, DEA SA Tyler Vanderberg called and advised he could not locate Hill. SA Vanderberg advised he went to the above noted Bass Road apartment and was told Hill did not reside there by a person at the apartment and the property management company. The agent also stated the apartment was leased in Hill's employer's name. SA Vanderberg contacted Steven Amerson, Hill's employer. SA Vanderberg related Amerson was not very forth coming with information, but Amerson did state Hill did not live at his Bass Road apartment. Amerson also advised he was unaware of Hill's location or how to contact him.

Given Hill's new federal indictment and that his current location is unknown, it is recommended a warrant be issued and revocation proceeding be initiated.

☒ The term of supervision should be

    ☒ revoked.

    ☐ extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   July 6, 2022

_James O. Poe, III_ (signature)

James O. Poe, III
U.S. Probation Officer

Approved by:     Donald L. Coneway, Sr.
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

☐ No action.

☒ The issuance of a warrant.

☐ The issuance of a summons.

☐ Other: _____

S/Clay D. Land
Clay D. Land
U.S. District Judge

7/14/2022
Date