IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CASE NO. 4:05-CR-026 |
| | : | |
| TORRANCE HILL | : | |
| | : | |
| **Defendant** | : | |
| | : | |

## NOTICE OF APPEARANCE

COMES NOW, Christopher Williams, Assistant United States Attorney, and hereby files this Notice of Appearance as the attorney of record on behalf of the United States of America. Accordingly, counsel requests that such appearance be shown in the records of the case and that counsel be informed of all related activities regarding this case.

Respectfully submitted, this 26th day of August 2022.

                PETER D. LEARY
                UNITED STATES ATTORNEY

By:   */s/ Chris Williams*
       Christopher Williams
       Assistant United States Attorney
       Georgia Bar No. 344049
       United States Attorney's Office
       Post Office Box 2568
       Columbus, GA 31902-2568
       Telephone: (706) 349-7700
       Facsimile: (706) 649-7667
       Christopher.Williams@usdoj.gov

# CERTIFICATE OF SERVICE

I, Christopher Williams, Assistant United States Attorney, hereby certify that on August 26, 2022, I electronically filed the within and foregoing **NOTICE OF APPEARANCE** with the Clerk of the Court using the CM/ECF system which will send notification to the Court and all counsel of record.

This 26th day of August 2022.

          PETER D. LEARY
          UNITED STATES ATTORNEY

  By: */s/ Chris Williams*
      Christopher Williams
      Assistant United States Attorney
      Georgia Bar No. 344049
      United States Attorney's Office
      Post Office Box 2568
      Columbus, GA 31902-2568
      Telephone: (706) 349-7700
      Facsimile: (706) 649-7667
      Christopher.Williams@usdoj.gov