# UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF GEORGIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 4:05-cr-00026 (CDL) |
| TORRANCE HILL | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UNITED STATES OF AMERICA.

Date: 09/01/2022

/S/ Joy Odom
*Attorney's signature*

Joy Odom, GA Bar No. 573004
*Printed name and bar number*

300 Mulberry St., Suite 400
P.O. Box 1702
Macon, Georgia 31202-2632
*Address*

joy.odom@usdoj.gov
*E-mail address*

(478) 752-3511
*Telephone number*

*FAX number*